**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GIOVANNI GERMAN VASQUEZ
ROSALES,

               Petitioner,

v.

TRACY BELTZ, *Warden*,

               Respondent.

Case No. 26-cv-0708 (LMP/LIB)

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

---

Before the Court is the Report and Recommendation ("R&R"), ECF No. 6, of United States Magistrate Judge Leo I. Brisbois, which recommends dismissing Petitioner Giovanni German Vasquez Rosales's Petition for Writ of Habeas Corpus, ECF No. 1. No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The R&R (ECF No. 6) is **ADOPTED**;

2. Vasquez Rosales's petition (ECF No. 1) is **DISMISSED** without prejudice;

3. No certificate of appealability will issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 1, 2026

               *s/Laura M. Provinzino*
               Laura M. Provinzino
               United States District Judge